**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CLINTELL COTHRAN, SR.**                                                                 **PLAINTIFF**

**v.**                                    **CASE NO. 3:23-CV-00094-BSM**

**ARKANSAS DEPARTMENT**
**OF HUMAN SERVICES**                                                       **DEFENDANT**

## ORDER

I must recuse from this case due to a conflict of interest.  The clerk is directed to randomly reassign this case to another district judge.

IT IS SO ORDERED this 6th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE