IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLINTELL COTHRAN, SR.**                                **PLAINTIFF**

v.                  **CASE NO. 3:23-CV-00094-BSM**

**ARKANSAS DEPARTMENT OF
HUMAN SERVICES**                                       **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of July, 2023.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE